**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMON NYHEIM DIEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:25-cv-158 |
| | ) Judge Stephanie L. Haines |
| STEPHEN PAUL PURBORSKY, *et al.*, | ) Magistrate Judge Maureen P. Kelly |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM ORDER**

Presently before the Court is a Partial Motion to Dismiss Complaint ("Partial Motion to Dismiss"), (ECF No. 13), filed by defendants Stephen Paul Purborsky ("Purborsky"), T. Bickford ("Bickford"), Scott Klinefelter ("Klinefelter"), and Superintendent David Close ("Close") (collectively "Defendants").

This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D. Magistrate Judge Kelly issued a Report and Recommendation (ECF No. 26) recommending that the Partial Motion to Dismiss be granted in part and denied in part. After careful review, the Court will adopt in full the Report and Recommendation.

A. **Standard of Review**

When a party objects timely to a magistrate judge's report and recommendation, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)); *see also* Local Civil Rule 72.D.2. In doing so, the Court may accept, reject or modify, in whole or in part, the findings and recommendations

1

made in the report. 28 U.S.C. § 636(b)(1). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under § 636(b). *See Hill v. Barnacle*, 655 F. App'x 142, 148 (3d Cir. 2016). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because Plaintiff is proceeding *pro se*, his filings will be "liberally construed." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

## B. Discussion

Here, Plaintiff does not lodge any objections to the Report and Recommendation and the deadline to do so has passed. (ECF No. 26) (noting the deadline for objections was 6/29/26).

Upon review of the Report and Recommendation (ECF No. 26), the Court accepts in whole the findings and recommendations of Magistrate Judge Kelly. Accordingly, the Partial Motion to Dismiss (ECF No. 13) is granted in part and denied in part. Specifically, the Motion is granted as to the claims against Defendants in their official capacities. These claims are dismissed with prejudice without leave to amend. Plaintiff's claims against defendants Bickford, Klinefelter, and Close in their individual capacities and Plaintiff's Fourteenth Amendment claim against Purborsky are dismissed without prejudice and Plaintiff shall amend his Complaint with respect to these claims within 30 days of the Court's order. The Partial Motion to Dismiss is denied to the extent that it seeks an award of summary judgment without prejudice to re-assert the issue of exhaustion of administrative remedies after discovery has been completed.

## C. Conclusion

Based on the foregoing, the Court will adopt in full Judge Kelly's Report and Recommendation (ECF No. 26). An appropriate Order follows.

**ORDER**

AND NOW, this _20th_ day of July, 2026, IT IS ORDERED Defendants' Partial Motion to Dismiss (ECF No. 13) is GRANTED with prejudice as to Plaintiff's claims against Defendants in their official capacities;

IT IS FURTHER ORDERED that Defendants' Partial Motion to Dismiss (ECF No. 13) is GRANTED without prejudice as to Plaintiff's claims against defendants Bickford, Klinefelter, and Close in their individual capacities and Plaintiff's Fourteenth Amendment claim against Purborsky;

IT IS FURTHER ORDERED that Defendants' Partial Motion to Dismiss (ECF No. 13) is DENIED to the extent that it seeks an award of summary judgment without prejudice to re-assert the issue of exhaustion of administrative remedies after discovery has been completed; and

IT IS FURTHER ORDERED that Plaintiff shall amend his Complaint within 30 days of this Order with respect to his claims against defendants Bickford, Klinefelter, and Close in their individual capacities and his Fourteenth Amendment claim against Purborsky.

Stephanie L. Haines
United States District Judge

**Notice by US Mail to:**

Jamon Nyheim Diehl
LM8847
301 Grey Line Drive
Frackville, PA 17931
Pro Se

3